The People of the State of New York, Respondent,
against
Chan P. Lee, Appellant. 




Chan P. Lee, appellant pro se.
Leventhal, Mullaney & Blinkoff, LLP (Jeffrey Blinkoff of counsel), for respondent.

Appeal by defendant, as limited by the brief, from a sentence of the Justice Court of the Village of Manorhaven, Nassau County (Peter Gallanter, J.), imposed May 22, 2018, upon his conviction, after a nonjury trial, of parking a commercial vehicle outside overnight in a residential district.




ORDERED that the sentence is reversed, on the law, the fine, if paid, is remitted, and the matter is remitted to the Justice Court for resentencing in accordance herewith.
Following a nonjury trial, defendant was found guilty of parking a commercial vehicle outside overnight in a residential district in violation of Manorhaven Village Code § 155-43 (B), and was sentenced to a $900 fine. On appeal, defendant contends that the fine must be reduced to the sum of $40. 
The fine for a single violation of § 155-43 (B) of the Manorhaven Village Code is $40. Manorhaven Village Code § 155-68 (B) states that "[a]ny person who violates § 155-43 . . . shall be guilty of a violation punishable by a fine in an amount established by resolution of the Board of Trustees," and resolution #84-2017 of the Board of Trustees states that "[a]ny person who [*2]violates Section 155-43 . . . Subsection B, shall be punishable by a fine in the amount of $40." As defendant was charged with violating § 155-43 (B) only on October 11, 2017, defendant correctly contends, and the People concede, that the sentence of a $900 fine was improper.
Accordingly, the sentence is reversed, the fine, if paid, is remitted, and the matter is remitted to the Justice Court to resentence defendant to a fine of $40.
ADAMS, P.J., TOLBERT and EMERSON, JJ., concur.

ENTER:
Paul Kenny
Chief Clerk
Decision Date: August 08, 2019